1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

9
10
11
12
13
14
15

| | |
|---|---|
| CONIFER INSURANCE COMPANY, a foreign corporation,<br><br>             Plaintiff,<br><br>    v.<br><br>FARGWAMPS, LLC d/b/a THE POINT BAR & GRILL, a Washington limited liability company; and BRADLEY NEWMAN, a Washington resident<br><br>             Defendants. | NO.<br><br>**COMPLAINT FOR DECLARATORY JUDGMENT** |

16
17
18

COMES NOW Conifer Insurance Company ("Conifer"), by and through its attorneys, Williams, Kastner & Gibbs, PLLC, and files this Complaint for Declaratory Judgment, and hereby alleges as follows:

19

## I.    PARTIES

20
21

1.    Conifer is a Michigan corporation with its principal place of business in Troy, Michigan.

22
23

2.    Upon information and belief, Defendant Fargwamps, LLC d/b/a The Point Bar & Grill (the "Bar") is a Washington limited liability company.

24
25

COMPLAINT FOR DECLARATORY JUDGMENT - 1

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4935-6412-9878.1

3.      Upon information and belief, Defendant Bradley Newman ("Claimant") is a Washington resident.

4.      The Bar and the Claimant may be referred to collectively as "Defendants."

## II.      VENUE AND JURISDICTION

5.      The U.S. District Court in the Western District of Washington has jurisdiction pursuant to 28 U.S.C. § 1332.  There is complete diversity between Conifer and the Defendants, and based on information and belief, the amount in controversy exceeds $75,000.

6.      Venue is proper in this District pursuant to 28 U.S.C. § 1391(b) as a substantial part of the events giving rise to the claim occurred in Snohomish County, Washington.

## III.  FACTS

**A.      The Policy**

7.      Conifer issued a liquor liability policy, No. CICP021540, to the Bar that provides certain coverage, pursuant to its terms and conditions, with coverage limits of $1,000,000 per occurrence and $1,000,000 general aggregate (the "Policy").  A complete copy of the Policy is attached as **Exhibit A**.

8.      The effective dates of the Policy are July 26, 2020 to July 26, 2021.

9.      The Policy provides liquor liability coverage as follows:

**SECTION I - LIQUOR LIABILITY COVERAGE**

**1. Insuring Agreement**

**a.** We will pay those sums that the insured becomes legally obligated to pay as damages because of "injury" to which this insurance applies if liability for such "injury" is imposed on the insured by reason of the selling, serving or furnishing of any alcoholic beverage. We will have the right and duty to defend the insured against any "suit" seeking those damages. However, we will have no duty to defend the insured against any "suit" seeking damages for "injury" to which this insurance does not apply. We may, at our discretion, investigate any "injury" and settle any claim or "suit" that may result. But:

COMPLAINT FOR DECLARATORY JUDGMENT - 2

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4935-6412-9878.1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

**(1)** The amount we will pay for damages is limited as described in Section **III** — Limits Of Insurance

…

No other obligation or liability to pay sums or perform acts or services is covered unless explicitly provided for under Supplementary Payments.

…

## SECTION IV – LIQUOR LIABILITY CONDITIONS

…

**2. Duties In The Event of Injury, Claim or Suit**

…

**c.** You and any other involved insured must:

…

**(3)** Cooperate with us in the investigation or settlement of the claim or defense against the "suit";

…

**d.** No insured will, except at that insured's own cost, voluntarily make a payment, assume any obligation, or incur any expense, other than for first aid, without our consent.

…

10.    The Policy further provides by way of endorsement, as follows:

## <u>COMMON POLICY CONDITIONS</u>

All Coverage Parts included in this policy are subject to the following conditions.

…

**F.  Transfer of Your Rights And Duties Under This Policy**

Your rights and duties under this policy may not be transferred without our written consent except in the case of death of an individual named insured.

COMPLAINT FOR DECLARATORY JUDGMENT - 3

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4935-6412-9878.1

…

**B.    The Claim**

11.    On or about March 26, 2021, the Claimant was injured in the parking lot outside of the Bar in Arlington, Washington ("Accident"), and later filed a lawsuit against the Bar captioned as Newman v. Fargwamps, et al, Snohomish County Case No. 22-2-00389-31 ("Underlying Lawsuit").

12.    The Bar timely reported the Underlying Lawsuit to Conifer, which defended the Bar in the Underlying Lawsuit.

13.    On or about May 30, 2025, the Bar entered into a settlement agreement with the Claimant under which the Bar assigned all of its rights against Conifer, including all rights under the Policy, to the Claimant in exchange for a covenant not to execute any judgment in the Underlying Lawsuit against the Bar, and entry of a stipulated judgment in the amount of $12,500,000.00 against the Bar in the Underlying Lawsuit .

14.    Conifer did not consent, written or otherwise, to the Bar's entry into the settlement agreement.

### IV.  FIRST CAUSE OF ACTION
### DECLARATORY JUDGMENT: BREACH OF POLICY CONDITIONS

15.    Conifer realleges each of the allegations contained in Paragraphs 1 through 15 as if fully set forth herein.

16.    The Bar was required under the Policy to cooperate with Conifer with regards to the investigation, settlement, and/or defense of the Underlying Lawsuit.

17.    The Bar was precluded under the Policy from voluntarily making a payment, assuming any obligation, or incurring any expense, other than for first aid, without Conifer's consent.

COMPLAINT FOR DECLARATORY JUDGMENT - 4

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4935-6412-9878.1

18.    The Bar was precluded under the Policy from transferring any of its rights under the Policy without Conifer's written consent.

19.    The Bar breached one or more of these duties under the Policy by entering into the settlement agreement with the Claimant without Conifer's consent.

20.    As a result of the Bar's breach(es) of the Policy's terms and conditions, Conifer's rights under the Policy have been substantially prejudiced.

21.    Conifer is entitled to declaratory judgment that the Bar breached the Policy's terms and conditions.

22.    Conifer is entitled to declaratory judgment that it owes no obligation to provide either defense and/or indemnity coverage to the Bar for the Underlying Lawsuit under the Policy because of the Bar's breach(es) of the Policy's terms and conditions.

23.    A justiciable controversy exists between Conifer and the Defendants as to whether Conifer owes any coverage under the Policy for the Underlying Lawsuit when the Bar breached the terms and conditions of the Policy.

## V.    PRAYER FOR RELIEF

Based on the allegations contained here, Conifer prays for the following relief:

1.    Entry of declaratory judgment that the Bar breached the Policy's terms and conditions, which caused substantial prejudice to Conifer, and as a result, Conifer owes no obligation to provide either defense and/or indemnity coverage to the Bar in the Underlying Lawsuit under the Policy.

2.    An award of attorney fees and costs as allowed by applicable law and equity.

3.    Such other and further relief as the court deems just and equitable.

//

//

COMPLAINT FOR DECLARATORY JUDGMENT - 5

**Williams, Kastner & Gibbs PLLC**
601 Union Street, Suite 4100
Seattle, WA 98101-2380
(206) 628-6600

4935-6412-9878.1

1

DATED this 1st day of August, 2025.

2

*s/ Eliot M. Harris*
_____
Eliot M. Harris, WSBA # 36590

3

*s/ Tyler J. Hermsen*
_____
Tyler J. Hermsen, WSBA # 43665

4

**WILLIAMS, KASTNER & GIBBS PLLC**

5

601 Union Street, Suite 4100
Seattle, WA 98101-2380

6

Tel:    (206) 628-6600
Fax:    (206) 628-6611

7

Email: eharris@williamskastner.com
            thermsen@williamskastner.com

8

9

***Attorneys for Conifer Insurance Company***

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

COMPLAINT FOR DECLARATORY JUDGMENT - 6

4935-6412-9878.1