UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| CONIFER INSURANCE CO., <br><br> Plaintiff, <br><br> v. <br><br> FARGWAMPS LLC ET AL., <br><br> Defendants. | Case No. C25-1442-SKV <br><br> MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Hon. S. Kate Vaughan, United States Magistrate Judge:

On August 1, 2025, Plaintiff filed its Complaint in this action. On October 27, 2025, it filed an affidavit by Defendant Fargwamps LLC's counsel accepting service and waiving any defense based on inadequate service of process. *See* Dkt. 5. On December 10, 2025, Plaintiff filed a similar affidavit by Defendant Bradley Newman's counsel. *See* Dkt. 9. Neither of those submissions contained a copy of the waiver form appended to Federal Rule of Civil Procedure 4. *See* Fed. R. Civ. P. 4(d). The means by which Defendants were served under Rule 4, or any waiver, bears on Defendants' deadlines to answer or otherwise plead.

///

MINUTE ORDER - 1

In view of the filing at Docket No. 9, Plaintiff's motion for an extension of time to serve Defendant Newman, Dkt. 7, is found MOOT.  Plaintiff is ORDERED to file a status report within **fourteen (14)** days of this Order clarifying the means by which Defendants were served under Rule 4.  If waiver was properly sought and obtained under Rule 4(d), Plaintiff shall file waiver forms and state the date on which the requests were sent.  Plaintiff shall further advise the Court whether settlement negotiations are occurring and may move for any further relief it deems proper.

Dated this 18th day of December, 2025.

Ravi Subramanian
Clerk of Court

By: s/ Stefanie Prather
Deputy Clerk

MINUTE ORDER - 2